```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FAWWAZ GHABRA,                                           :
                                                         :
                        Plaintiff,                       :
                                                         :
        v.                                               :     ORDER
                                                         :     21-CV-3599 (WFK)(VMS)
PALISADES COLLECTION LLC, FBCS, INC.                     :
and SYNERGETIC COMMUNICATION, INC.                       :
                                                         :
                        Defendants.                      :
-------------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court has reviewed the letter submitted by defense counsel for Synergetic Communication, Inc. in the above-captioned case. ECF No. 31. In light of the COVID-19 pandemic, the Court dispenses with its pre-motion conference requirement. Therefore, the Court DENIES defense counsel's request for a pre-motion conference as moot and ORDERS the following briefing schedule on Defendant's anticipated motion to dismiss:

- Defendant shall submit their motion no later than Friday, January 14, 2022 by 5:00 P.M.;

- Plaintiff shall submit their response no later than Friday, February 18, 2022 by 5:00 P.M.; and

- Defendant shall submit their reply, if any, no later than March 11, 2022 by 5:00 P.M.

As a courtesy to the Court, the Court requests the parties refrain from filing motion papers until the motion has been fully briefed. If the parties elect to file their motion only once it is fully briefed, the notice of motion and all supporting papers are to be served on the other party along with a cover letter setting forth whom the movant represents and the papers being served.

Only a copy of the cover letter shall be electronically filed in advance of the fully briefed motion, and it must be filed as a letter, not as a motion.  On the day the motion is fully briefed, each party shall electronically file their individual motion papers by 5:00 P.M.  Defendant shall also mail a complete set of courtesy copies of all motion papers, via overnight mail, to the Court, attention of Ms. Stephanie Yu.

**SO ORDERED.**

**s/ WFK**

_____
HON. WILLIAM F. KUNTZ, II
U.S. DISTRICT JUDGE

Dated: December 10, 2021
      Brooklyn, New York