

sgrvlaw.com

**David B. Picker**
Direct Dial Number
P 215.241.8897
Direct Fax Number
F 215.531.9122
dpicker@sgrvlaw.com

305 Broadway
7th Floor
New York, NY 10007
212.520.1195

Seven Penn Center
1635 Market Street
7th floor
Philadelphia, PA 19103
P 215.241.8888
F 215.241.8844

Admitted to practice:
Pennsylvania, New York

March 28, 2022

<u>**VIA EMAIL and FIRST CLASS U.S. MAIL**</u>

Ahmad Keshavarz, Esquire - ahmad@NewYorkConsumerAttorney.com
Emma Caterine, Esquire - emma@NewYorkConsumerAttorney.com
THE LAW OFFICE OF AHMAD KESHAVARZ
16 Court Street, 26th Floor
Brooklyn, NY 11241

Monica Littman, Esquire - mlittman@kdvlaw.com
Richard J. Perr, Esquire - rperr@kdvlaw.com
KAUFMAN DOLOWICH VOLUCK LLP
4 Penn Center
1600 John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103

Arthur Sanders, Esquire - asanders@arthursanderslaw.com
BARRON & NEWBURGER, P.C.
30 South Main Street
New City, NY 10956

Re: **Fawwaz Ghabra v. Palisades Collection LLC**, *et al.*
E.D.N.Y No, 1:21-cv-3599-WFK-VMS

Dear Counsel:

This firm represents Defendant Palisades Collection, LLC ("Palisades"). Enclosed for service upon you is Palisades' Notice of Motion, pursuant to F.R.Civ.P. 12(b)(6), to dismiss with prejudice Count #2 of Plaintiff's Amended Complaint, with Memorandum in Support thereof, and attached Exhibits, being Plaintiff's Amended Complaint and Exhibits D, H, I, J, K, N, O, P, Q, R, S, T, U, DD thereto. Because of the bulk of the exhibits, they will be sent in multiple emails.

Best regards.

Sincerely yours,

David B. Picker

Enclosures

cc(Letter only; by ECF):    Hon. William F. Kuntz, II, U.S.D.J.